UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JULION PARKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:22-cr-00096-JAW-1 |
| ) | No. 2:23-cv-00443-JAW |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on April 12, 2024 his Recommended Decision (ECF No. 50), recommending that the Court deny petitioner Julion Parker's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (ECF No. 46). Mr. Parker did not file an objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 50) be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Julion Parker's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 46) be and hereby is <u>DENIED</u>.

3. Finding that there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2), the Court also <u>DENIES</u> a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2024